IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANNETTE GOODE,

    Plaintiff,

v.                                                                                                  Civil Action No. **3:20CV448**

UNKNOWN,

    Defendant.

### MEMORANDUM OPINION

    Plaintiff, a Virginia inmate proceeding *pro se*, submitted another letter complaining about her conditions of confinement. (ECF No. 1.) By Memorandum Order entered on July 20, 2020, the Court directed the Clerk to mail the standard form for filing a 42 U.S.C. § 1983 complaint to Plaintiff and directed her to complete and return the form within fourteen (14) days of the date of entry thereof. The Court explained that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

    On August 3, 2020, the United States Postal Service returned the July 20, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," and "INMATE RELEASED." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates her lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall accompany this Memorandum Opinion.

                                                                       /s/
                                                                 M. Hannah Lauck
                                                                 United States District Judge

Date: August 5, 2020
Richmond, Virginia